NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>THOMAS P. RANES et al,<br><br>        Defendant. | No.  3:06-cr-041-RRB<br><br>NOTICE OF ATTORNEY APPEARANCE |

COMES NOW the United States by and through counsel and hereby gives notice that Assistant United States Attorney Thomas C. Bradley now appears as co-counsel for the for United States of America in the above-entitled action.  The lead attorney still remains Frank V. Russo, Assistant United States Attorney.  In

addition, the government requests that pleadings in the above-entitled action be sent to Thomas C. Bradley at:

Thomas C. Bradley
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: thomas.bradley@usdoj.gov

RESPECTFULLY SUBMITTED this 9th day of May, 2007 at Anchorage, Alaska

NELSON P. COHEN
United States Attorney


s/ Frank V. Russo
FRANK V. RUSSO
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3668
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2007
a copy of the foregoing NOTICE was served
electronically through ECF on:

Michael Filipoviv
Thomas Burke Wonnell
Steven M. Wells
Philip Paul Weidner
Darryl L. Thompson
Joseph P. Josephson
Robert M. Herz
Paula S. Deutsch
Allen N. Dayan
Rex Lamont Butler
Kevin F. McCoy
Scott A. Sterling
Allan D. Beiswenger


s/ Frank V. Russo